[No. 4284–II.   Division Two.   November 16, 1981.]

EUGENE F. HORNSTRA, ET AL, *Respondents*, v.
CENTRALIA SCHOOL DISTRICT NO. 401,
*Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 35974, Dale M. Nordquist, J., entered September 18, 1979. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Munson, JJ.

[No. 4019–4–III.   Division Three.   November 17, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. WALLY
AROUSA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3308, Clinton J. Merritt, J., entered May 28, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 4087–9–III.   Division Three.   November 17, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
HENRY BIGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–1–00102–8, Harold D. Clarke, J., entered July 8, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 4617–II.   Division Two.   November 19, 1981.]

*In the Matter of* CHARLES THOMAS.

Appeal from a judgment of the Superior Court for Kitsap County, No. JC–649, James I. Maddock, J. Pro Tem., entered January 22, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrie, JJ.